**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00276-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CODY COOK,

    Defendant.

---

**NOTICE OF DISPOSITION**

---

    THE DEFENDANT, Cody Cook, by and through his legal counsel, R. Charles Melihercik, hereby notifies this Court that a disposition has been reached in his case with the government and requests a Change of Plea Hearing. The defendant respectfully requests to set this Change of Plea hearing alongside his supervised release revocation hearing, currently scheduled with this Court for June 22, 2023, at 11:30 A.M. This would allow Mr. Cook to simultaneously resolve the instant case and also the supervised release revocation, Case No. 20-cr-00302-1. Both sets of counsel anticipate the Court ordering a pre-sentence investigation report prior to a sentencing hearing.

    Counsel has conferred with Assistant U.S. Attorney Susan Knox, and she has no objection to this Notice of Disposition or the proposed setting on June 22nd.

    WHEREFORE, undersigned counsel respectfully gives notice of a disposition being reached in this case and requests a Change of Plea Hearing as described above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  May 28, 2023 | s/R. Charles Melihercik<br>**R. Charles Melihercik**<br>Melihercik Law LLC<br>7765 Wadsworth Blvd., #746327<br>Arvada, CO 80003<br>Phone:  303-323-9082<br>Email:  chaz@meliherciklaw.com<br>*Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

 I hereby certify on May 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

             s/ R. Charles Melihercik
             **R. Charles Melihercik**

 I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

             s/ R. Charles Melihercik
             **R. Charles Melihercik**