IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case Nos.: 1:23-cr-00276-DDD-01<br>1:20-cr-00302-DDD-01 | Date:  June 22, 2023 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Tammy Hoffschildt |
| Probation Officer:   Katrina Devine | Interpreter: N/A |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | S. Zeke Knox |
| Plaintiff, | |
| v. | |
| CODY RYAN COOK, | R. Charles Melihercik |
| Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING and FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE**

**11:35 a.m.    Court in session.** Defendant present, in custody.

Appearances of counsel.

Defendant sworn.

Defendant advised regarding:

1) The Plea Agreement;
2) The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
3) The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

1

Defendant is rearraigned on Count 1 of the **Information.** Defendant pleads guilty to Count 1 of the **Information.**

Oral findings are made of record.

**ORDERED:** Plea Agreement; Statement by Defendant in Advance of Plea of Guilty; and Supplement to Plea Agreement are received**.**

**ORDERED:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information.**

**ORDERED:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDERED:** Sentencing hearing is set **Thursday, October 5, 2023, at 1:30 p.m.**, in Courtroom A-1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED. Any pretrial motions that are pending are hereby declared moot.

**ORDERED:** Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1). Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. **Any requests by the Government for preliminary forfeiture shall be done by written motion**.

11:54 a.m.   Change of plea portion completed.

### Hearing Re Revocation of Supervised Release (20-cr-00302-DDD-01)

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments.   The Government reviews the charged violations with the defendant.

Parties received and reviewed the supervised release violation report and all addenda.

Defendant admits the alleged violations 1-8.

Court's colloquy with defendant regarding alleged violations.

**ORDERED:** Final hearing re: revocation of supervised release continued to **Thursday, October 5, 2023, at 1:30 p.m.**, in Courtroom A-1002, 901 19th Street, Denver, CO.

**ORDERED:** Defendant is **REMANDED** into the custody of the U.S. Marshal.

**12:01 p.m.** Court in recess. <u>**Hearing concluded. Total time:   :26 (:19 in 23-cr-00276-DDD-01 and :07 in 20-cr-00302-DDD-01)**</u>